**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **VISION SPHERE LABS LLC,** | C.A. No. 4:26-cv-4578 |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| **GE VERNOVA INC.,** | **PATENT CASE** |
| Defendant. | |

## ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Vision Sphere Labs LLC files this Original Complaint for Patent Infringement against GE Vernova Inc. and would respectfully show the Court as follows:

## I. THE PARTIES

1. Plaintiff Vision Sphere Labs LLC ("Plaintiff") is a Texas limited liability company with a place of business located at 17350 State Highway 249, Ste 220, Houston, TX 77064.

2. On information and belief, Defendant GE Vernova Inc. ("Defendant") is a corporation organized and existing under the laws of Delaware with a place of business at 8800 Wallisville Rd, Houston, TX 77029.

## II. JURISDICTION AND VENUE

3. This action arises under the patent laws of the United States, Title 35 of the United States Code. This Court has subject matter jurisdiction of such action under 28 U.S.C. §§ 1331 and 1338(a).

4. On information and belief, Defendant is subject to this Court's specific and general personal jurisdiction, pursuant to due process and the Texas Long-Arm Statute, due at least to its business in this forum, including at least a portion of the infringements alleged herein.

1

Furthermore, Defendant is subject to this Court's specific and general personal jurisdiction because Defendant maintains a place of business at 8800 Wallisville Rd, Houston, TX 77029.

5.    Without limitation, on information and belief, within this state and this District, Defendant has used the patented inventions thereby committing, and continuing to commit, acts of patent infringement alleged herein.  In addition, on information and belief, Defendant has derived revenues from its infringing acts occurring within Texas and this District.  Further, on information and belief, Defendant is subject to the Court's general jurisdiction, including from regularly doing or soliciting business, engaging in other persistent courses of conduct, and deriving substantial revenue from services provided to persons or entities in Texas and this District. Further, on information and belief, Defendant is subject to the Court's personal jurisdiction at least due to its providing services within Texas and this District.  Defendant has committed such purposeful acts and/or transactions in Texas and this District such that it reasonably should know and expect that it could be haled into this Court as a consequence of such activity.

6.    Venue is proper in this district under 28 U.S.C. § 1400(b). On information and belief, Defendant maintains a place of business at 8800 Wallisville Rd, Houston, TX 77029.  On information and belief, from and within this District Defendant has committed at least a portion of the infringements at issue in this case.

7.     For these reasons, personal jurisdiction exists and venue is proper in this Court under 28 U.S.C. § 1400(b).

### III.    UNITED STATES PATENT NO. 7,990,860

8.    Plaintiff incorporates the above paragraphs herein by reference.

9.    On August 2, 2011, United States Patent No. 7,990,860 ("the '860 Patent") was duly and legally issued by the United States Patent and Trademark Office.  The '860 Patent is titled

2

"Method and System for Rule-Based Sequencing for QoS." A true and correct copy of the '860 Patent is attached hereto as Exhibit 1 and incorporated herein by reference.

10. Vision Sphere Labs LLC is the assignee of all right, title, and interest in the '860 Patent, including all rights to enforce and prosecute actions for infringement and to collect damages for all relevant times against infringers of the '860 Patent. Accordingly, Vision Sphere Labs LLC possesses the exclusive right and standing to prosecute the present action for infringement of the '860 Patent by Defendant.

11. The invention in the '860 patent relates to an improved method for communicating data over a network to provide Quality of Service ("QoS") that includes prioritizing the data a communicating the data based at least in part on the priority. (Ex. 1 at Abstract).

12. Communications networks typically include multiple nodes connected by links and are typically bandwidth constrained such that there is more data to be communicated than bandwidth available at any given point in time. (*Id.* at 1:10-12; 2:51-53). This constraint can be caused by the demand for bandwidth exceeding the supply and/or the available communications technology not supplying enough bandwidth to meet the needs of the user. (*Id.* at 2:54-57). In bandwidth-limited networks, less important data can clog the network and prevent more important data from getting through in a timely fashion or arriving at all. (*Id.* at 2:58-62). Networks can also include internal buffering to compensate for unreliable links in the communications network, which can lead to addition delay or data loss. (*Id.* at 2:62-65). Bandwidth can also change dynamically due to, for example, quality of service, jamming, signal obstruction, and priority reallocation. (*Id.* at 3:10-12).

13. There are known approaches for delivering data over a communications network, including QoS. (*Id.* at 4:16-17). QoS refers to capabilities of a network to provide various forms

3

of guarantees with regard to data that is carried in a communications network. (*Id.* at 4:16-18). The primary goal of QoS is to provide priority such as dedicated bandwidth, controlled jitter and latency, and improved loss characteristics. (*Id.* at 4:28-32). Another important goal of QoS is to make sure that providing priority for one flow does not make other flows fail. (*Id.* at 4:32-33).

14.    Current approaches to QoS often require every node in a network to support QoS or at least every node in the network involved in a particular communication to support QoS. (*Id.* at 4:36-39). This type of approach does not scale well because of the large amount of state information each node must maintain, and the overhead associated with setting up connections. (*Id.* at 4:47-50).

15.    Furthermore, existing QoS solutions are often network specific and could only classify messages based on the header such that messages that looked the same to the current QoS systems may have different priorities based on message content. (*Id.* at 4:62-67). This can result in users requiring access to high-priority data being flooded by lower-priority data. (*Id.* at 4:67-5:1).

16.    Existing QoS systems also could not provide QoS based on message content at the transport layer of the Open System Interconnection (OSI) seven-layer protocol model. (*Id.* at 5:2-3; 1:51-56). The patent explains that the "Transmission Control Protocol (TCP)," which is the protocol at the transport layer, requires several forms of handshaking and acknowledgements to occur in order to send data," which can result in high latency and loss if the TCP hits time outs and is not able to send much, if any, meaningful data over a network. (*Id.* at 3:51-57).

17.    The inventors therefore recognized the need for systems and methods that provide QoS on the edge of a data network and a need for adaptive and configurable QoS systems and methos in a data network. (*Id.* at 5:19-22). The inventions disclosed in the '860 Patent were

unconventional solutions to problems arising in the context of communications networks that used existing QoS systems that did not scale well, needed better jitter and latency control, needed improved data loss, and required better QoS than relying on the header. (*E.g.*, *id.* at 1:51-56, 2:58-62, 3:51-57, 4:28-32, 47-50, 4:67-5:3, 5:19-22). The invention improved the technical functioning of computer data networks using an unconventional solution for prioritizing data configured to operate at the transport layer of the protocol stack and based at least in part on a user defined rule.

### IV.   UNITED STATES PATENT NO. 7,769,028

18.    Plaintiff incorporates the above paragraphs herein by reference.

19.    On August 3, 2010, United States Patent No. 7,769,028 ("the '028 Patent") was duly and legally issued by the United States Patent and Trademark Office. The '028 Patent is titled "Systems and Methods for Adaptive Throughput Management for Event-Driven Message-Based Data." A true and correct copy of the '028 Patent is attached hereto as Exhibit 2 and incorporated herein by reference.

20.    Vision Sphere Labs LLC is the assignee of all right, title, and interest in the '028 Patent, including all rights to enforce and prosecute actions for infringement and to collect damages for all relevant times against infringers of the '028 Patent. Accordingly, Vision Sphere Labs LLC possesses the exclusive right and standing to prosecute the present action for infringement of the '028 Patent by Defendant. The '028 Patent expired on September 5, 2022. Prior to this, the '028 Patent was alive during the period of six-years prior to the filing of this Complaint and September 5, 2022.

21.    The invention in the '028 patent relates to an improved method for communicating data including prioritizing data by assigning a priority to the data, analyzing a network to determine a status of the network, and communicating the data based at least in part on the priority of the data and the status of the network. (Ex. 2 at Abstract).

22.     Communications networks typically include multiple nodes connected by links and are typically bandwidth constrained such that there is more data to be communicated than bandwidth available at any given point in time. (*Id.* at 1:11-13; 2:51-53). This constraint can be caused by the demand for bandwidth exceeding the supply and/or the available communications technology not supplying enough bandwidth to meet the needs of the user. (*Id.* at 2:54-57). In bandwidth-limited networks, less important data can clog the network and prevent more important data from getting through in a timely fashion or arriving at all. (*Id.* at 2:58-62). Networks can also include internal buffering to compensate for unreliable links in the communications network, which can lead to addition delay or data loss. (*Id.* at 2:62-65). Bandwidth can also change dynamically due to, for example, quality of service, jamming, signal obstruction, and priority reallocation. (*Id.* at 3:10-14).

23.     There are known approaches for delivering data over a communications network, including QoS. (*Id.* at 4:16-17). QoS refers to capabilities of a network to provide various forms of guarantees with regard to data that is carried in a communications network. (*Id.* at 4:16-18). The primary goal of QoS is to provide priority such as dedicated bandwidth, controlled jitter and latency, and improved loss characteristics. (*Id.* at 4:27-31). Another important goal of QoS is to make sure that providing priority for one flow does not make other flows fail. (*Id.* at 4:31-32).

24.     Current approaches to QoS often require every node in a network to support QoS or at least every node in the network involved in a particular communication to support QoS. (*Id.* at 4:35-38). This type of approach does not scale well because of the large amount of state information each node must maintain, and the overhead associated with setting up connections. (*Id.* at 4:46-49).

25.    Furthermore, existing QoS solutions are often network specific and could only classify messages based on the header such that messages that looked the same to the current QoS systems may have different priorities based on message content.  (*Id.* at 4:61-66).  This can result in users requiring access to high-priority data being flooded by lower-priority data.  (*Id.* at 4:66-67).

26.    Existing QoS systems also could not provide QoS based on message content at the transport layer of the Open System Interconnection (OSI) seven-layer protocol model.  (*Id.* at 5:1-2; 1:50-56).  The patent explains that the "Transmission Control Protocol (TCP)," which is the protocol at the transport layer, requires several forms of handshaking and acknowledgements to occur in order to send data," which can result in high latency and loss if the TCP hits time outs and is not able to sent much, if any meaningful data over a network.  (*Id.* at 3:51-57).

27.    The inventors therefore recognized the need for systems and methods that provide QoS on the edge of a data network and a need for adaptive and configurable QoS systems and methos in a data network.  (*Id.* at 5:17-20).  The inventions disclosed in the '028 Patent were unconventional solutions to problems arising in the context of communications networks that used existing QoS systems that did not scale well, needed better jitter and latency control, needed improved data loss, and required better QoS than relying on the header.  (*E.g.*, *id.* at 1:51-56, 2:58-62, 3:51-57, 4:27-31, 46-49, 4:66-5:32 5:17-20).  The invention improved the technical functioning of computer data networks using an unconventional solution for prioritizing data as part of and/or at the top of the transport layer, dynamically changing rules for assigning priority to data, and communicating data based at least in part on the priority of the data and the status of the network.

### V.  COUNT I
### (PATENT INFRINGEMENT OF UNITED STATES PATENT NO. 7,990,860)

28.     Upon information and belief, Defendant has directly infringed claim 15 of the '860 Patent in Texas, in this District, and elsewhere in the United States, by making, using, selling, and/or offering for sale the GE MDS ORBIT MCR (Multiservice Connect Router) ECR (Edge Connect Router), and OCR (Outdoor Connect Router) (each an "Accused Instrumentality").

29.     **Direct Infringement**. As explained below, each Accused Instrumentality is a processing device that infringes claim 15 of the '860 Patent.  The Accused Instrumentality is a network analysis component of the processing device configured to determine a network status from a plurality of network statuses based on analysis of network measurements, and determine at least one of an effective link speed and a link proportion for at least one link.



([https://tessco-product-images-commerce-cloud-](https://tessco-product-images-commerce-cloud-)

[prod.s3.amazonaws.com/Resources/607030_mdsorbit_brochure.pdf](https://tessco-product-images-commerce-cloud-prod.s3.amazonaws.com/Resources/607030_mdsorbit_brochure.pdf)).

(https://www.gevernova.com/grid-

solutions/sites/default/files/resources/products/brochures/mds/mds_orbit_mcr-

ecr_gea12740c_lr.pdf).

## 2.0  Product Description

The Orbit MCR and ECR are rugged networking routers providing comprehensive solutions for IP/Ethernet, serial and machine-to-machine wireless communication.

(https://www.manualslib.com/download/1227575/Ge-Mds-Orbit-Mcr.html, page 19).  Each of

these products use the same Advanced QoS system, as stated here:

The MDS Orbit platform features rich networking capabilities with integrated routing and switching, tunneling, VPNs as well as advanced Quality of Service. It further supports a rigid enterprise-class security framework to enable the secure transport of data and advanced protection of network and assets.

(https://www.gevernova.com/grid-

solutions/sites/default/files/resources/products/brochures/mds/mds_orbit_mcr-

ecr_gea12740c_lr.pdf).

9

Thus, reference to the MDS Orbit MCR/ECR Technical Manual MDS 05-6632A01, Rev. F can be made for the QoS functionality of each Accused Instrumentality.

## Technical Specifications

**NETWORKING**
- Routing IPv4 Static Routing with Failover, OSPF, RIPv2
- Ethernet IEEE 802.3, 802.1Q/VLANs, IGMP, STP, 64 VLANs
- Concurrent Bridging & Routing Yes
- Tunneling Layer 2 (Ethernet) and Layer 3 GRE
- High Availability Failover between any two wireless/Ethernet interfaces, performance based failover (latency and packet loss )
- Quality of Service 16 egress queues, Priority Queuing, Fair Queuing, Traffic Shaping, Classification based on DSCP, 802.1p and Layer 2-4 classifiers

determine a network status from a plurality of network statuses based on analysis of network measurements

([https://www.gevernova.com/grid-](https://www.gevernova.com/grid-)

[solutions/sites/default/files/resources/products/brochures/mds/mds_orbit_mcr-](https://www.gevernova.com/grid-)

[ecr_gea12740c_lr.pdf](https://www.gevernova.com/grid-)).

30.     In order to implement QoS and Failover, the Accused Instrumentality's need to determine network status, based on analysis of network measurements.  This is directly supported by the "performance based failover (latency and packet loss)" that is a feature of the Accused Instrumentality.  The Accused Instrumentality must actively measure and track:

- Link status (link loss = connection status)
- Latency (performance / congestion signal)
- Packet loss (congestion / saturation indicator)

The specified QoS features cannot function without real-time bandwidth awareness:

- Traffic shaping = enforcing bandwidth limits
- Fair queuing = distributing constrained bandwidth
- Priority queuing = reacting to congestion

Therefore, the Accused Instrumentality must:

- Measure throughput / bandwidth usage
- Detect constrained bandwidth conditions

10

- Identify traffic congestion states

31.    The Accused Instrumentality has a network analysis component: Router Failover and QoS features both require network analysis within the router, to be able to assess what traffic to prioritize and when to failover the Accused Instrumentality:

## 1.0    INTRODUCTION

The MDS™ Orbit ECR (Edge Connect Router) Series is a flexible industrial router for critical applications. The Orbit ECR offers advanced networking capabilities including concurrent bridging and routing, route failover, advanced QoS and GRE tunneling to enable the transport of GOOSE, SCADA, and other critical automation protocols over cellular and other RF uplinks reliably. The ECR's advanced cyber security capabilities include IPSec VPNs, stateful firewalling, MAC filtering, secure boot and tamper detection.

(https://www.scadalink.com/wp-content/uploads/MDS-Orbit-ECR-Setup-Guide.pdf).

Additionally, the Accused Instrumentality has a Netmon feature that monitors the network, the service performs periodic analysis using ICMP echo requests (pings) to a destination host to determine if a network link is "reachable" or "unreachable" based on success/loss thresholds:

### Configure Network Monitor Operation

3.    Configure a NETMON service icmp-echo-monitor operation named NX-LINK-CHECK that does a periodic link check by pinging R1 over NX interface. Please refer to NETMON service section for further help with configuration.

(MDS Orbit MCR/ECR Technical Manual MDS 05-6632A01, Rev. F, page 325).  The system monitors and reports Adaptive Data Rate and Adaptive Modulation statistics, which reflect the current effective over-the-air (OTA) link speeds (e.g., in bps or sps) based on signal quality, which reflect that the Accused Instrumentality determines at least one of an effective link speed and a link proportion for at least one link:

11

**Adaptive Data Rate**

The adaptive data rate mode allows the uplink traffic to adjust which modem is used on a per remote basis and also works in Store and Forward networks. The mode selection allows the modem to vary over two ranges. It can vary over either 125 kbps to 250 kbps for FHSS operation or 500 kbps to 1250 kbps for DTS operation. When a remote's RSSI is stronger than the ADR threshold it will attempt to transmit with a faster modem. The downstream traffic is only sent at the lower data rate, either 125 kbps or 500kbps depending on the mode.

(MDS Orbit MCR/ECR Technical Manual MDS 05-6632A01, Rev. F, page 97).

**Adaptive Modulation**

The adaptive modulation mode (modulation automatic) allows directed traffic to adjust which modem is used on a per-transmission basis. Adaptive modulation works in both upstream and downstream mode. The mode selection varies between QPSK, 16QAM, and 64QAM. A signal metric score is used to decide which modem selection to use. The score is determined based on signal strength and packets received. Advanced configuration can be used to provide some control over the adaptive modulation thresholds.

The primary use case for this feature is if an AP has some remotes that are close to the AP and could support a higher data rate and some farther away (or obstructed) that can only support a lower data rate. This mode allows the close remotes to take advantage of the higher data rate for the directed messages, when otherwise the whole network would have had to be run at the lower data rate. Note that broadcast or multicast data must always be transmitted at the lowest rate.

We recommend keeping adaptive modulation set for most installations.

(MDS Orbit MCR/ECR Technical Manual MDS 05-6632A01, Rev. F, page 126).

32. The Accused Instrumentality comprises a mode selection component of the processing device configured to select a mode from a plurality of modes based on the determined network status, wherein each of the plurality of modes corresponds with at least one of the plurality of network statuses, wherein each of the plurality of modes comprises a user defined sequencing rule. These modes are set by the QoS policies configured by the user that affect the prioritization of communication over the Accused Instrumentality:

**3.8.17 Quality of Service (QoS)**

**Understanding**

Quality of service (QoS) allows the MCR radio to classify network traffic giving preference to different types of traffic before it is transmitted out of the MCR. Each interface has a packet queue that will hold packets that are going to be transmitted out of the interface while the interface is busy. If the interface is saturated with traffic, the interface will report busy and the packet queue will hold the packet. Normally the packet the queue sends the packets to the interface in the order it receives them, but QoS allows a different behavior. Depending on the policy applied to the interface, the packets that are in the queues backlog can be sent to the interface in a different order that it was received based on fairness or the priority of the packet.

> configured to select a mode from a plurality of modes based on the determined network status

There are currently three types of QoS policies that can be applied to an interface; prioritization, shaping and fairness.

> each of the plurality of modes comprises a user defined sequencing rule,

Prioritization implements a strict priority scheduler that requires classifiers be set up to give traffic different priorities. The prioritization policy will always send highest priority traffic first. Excessive high priority traffic can prevent any lower priority traffic from being sent.

The fairness policy attempts to split up the traffic into different groups based on the packets IP addresses and IP protocols. It services these groups in a round robin fashion to ensure one traffic flow does not prevent others from using the link. The fairness policy determines traffic flows on its own and does not need the user to set up classifiers for it.

Traffic shaping is used to set minimal and maximal rates for a class of traffic. For example, with business critical traffic like SCADA, traffic shaping can be setup to guarantee that this class of traffic will always have at least 100Kbyte/s of an 800Kbyte/s link, regardless of the amount of other traffic. The remaing unclassified traffic can use the entire 800Kbyte/s link as long as there is no SCADA traffic, but as soon as SCADA traffic resumes, it will be given at least 100Kbyte/s allocation of the bandwidth. Additionally, a maximal rate could be applied to a class of traffic to prevent that class from consuming too much of a link. For example, a video stream could be limited to using 400Kbyte/s of an 800Kbyte/s link to prevent it from interfering with any other traffic or to prevent it from saturating a radio interface.

(MDS Orbit MCR/ECR Technical Manual MDS 05-6632A01, Rev. F, page 290). Users configure Quality of Service (QoS) policies (Prioritization, Shaping, or Fairness) that define the "sequencing" or order in which packets are transmitted from the interface queue.

By design, Orbit QoS will affect data priorities if and only if the interface is saturated.

For example, QoS configured as:

- GOOSE traffic treated as the highest priority.
- VLAN 101 traffic treated as the next lowest priority.
- All remaining traffic treated as the lowest priority.

In this case, QoS is invoked only when traffic is queued due to exceeding maximum throughput. GOOSE traffic would be given highest priority and be sent over the air first, followed by any VLAN 101 traffic and then all remaining traffic.

> Configuring user-defined rules

**Configuring**

In the web UI, the QoS service is configured under *QoS Services ---> Basic Config*.

In the example above, our user-defined sequencing rules are:

- GOOSE traffic is the highest priority

- VLAN 101 traffic is the next lowest priority

- All remaining traffic is the lowest priority

13

33.     There are several logical network status and mode pairs that arise from these prioritization rules, and the corresponding user-defined sequencing rule that is being enforced:

- Network status: GOOSE traffic is maxing out the bandwidth of the link (congested)

  o   Network mode: Only allow GOOSE traffic to be communicated

  o   User-defined sequencing rule: GOOSE traffic is highest priority

- Network status: GOOSE traffic is demanding half of the maximum bandwidth of the link, and VLAN 101 traffic is demanding half as well, and all remaining traffic is demanding 10 MB/s in bandwidth

  o   Network mode: Allow only GOOSE and VLAN 101 traffic to be communicated

  o   User-defined sequencing rule: GOOSE traffic is highest priority, and VLAN 101 traffic is second-highest priority

These are just a couple of examples demonstrating how the mode selection component selects a mode based on the determined network status, how each mode corresponds to at least one network status, and how each mode comprises a user-defined sequencing rule.

**Using the Web UI**

Example: Prioritize traffic with a particular ether-type above all other traffic

This example will create a QoS policy that uses a classifier to prioritize GOOSE messages above all others.

First, navigate to *QoS Services ---> Basic Config.* Ensure that QoS is **Enabled**.

QoS Service ⟳

| Status | Basic Config | Advanced Config | Actions |

General

O  Enabled          ☑

Policy

Classifier

user defined sequencing rule

**Figure 3-211. Enabling QoS**

To create a classifier for GOOSE messages, click **Add** in the Classifier submenu. The **Configure Classifier Details** appears.

**Configure Classifier Details**

O          Name*     [Example]

[Add]  [Cancel]

**Figure 3-212. Naming a new classifier**

14

(MDS Orbit MCR/ECR Technical Manual MDS 05-6632A01, Rev. F, page 292).



(MDS Orbit MCR/ECR Technical Manual MDS 05-6632A01, Rev. F, page 294).

34.     The Accused Instrumentality comprises a data prioritization component of the processing device configured to prioritize data by assigning a priority to the data, wherein the prioritization component includes a sequencing component configured to sequence the data based at least in part on the a-user defined sequencing rule of the selected mode.  The prioritization policy implements a strict priority scheduler where user-defined "classifiers" assign priorities to traffic. The system "will always send highest priority traffic first," overriding standard first-in-first-out sequencing.

By design, Orbit QoS will affect data priorities if and only if the interface is saturated.

For example, QoS configured as:

- GOOSE traffic treated as the highest priority.
- VLAN 101 traffic treated as the next lowest priority.
- All remaining traffic treated as the lowest priority.

In this case, QoS is invoked only when traffic is queued due to exceeding maximum throughput. GOOSE traffic would be given highest priority and be sent over the air first, followed by any VLAN 101 traffic and then all remaining traffic.

**Configuring**

In the web UI, the QoS service is configured under *QoS Services ---> Basic Config*.

(MDS Orbit MCR/ECR Technical Manual MDS 05-6632A01, Rev. F, page 292).

35.     The Accused Instrumentality comprises a data metering component of the processing device configured to: meter inbound data by shaping the inbound data for the at least one link, and meter outbound data by policing the outbound data for the at least one link.

Traffic shaping is used to set minimal and maximal rates for a class of traffic. For example, with business critical traffic like SCADA, traffic shaping can be setup to guarantee that this class of traffic will always have at least 100Kbyte/s of an 800Kbyte/s link, regardless of the amount of other traffic. The remaing unclassified traffic can use the entire 800Kbyte/s link as long as there is no SCADA traffic, but as soon as SCADA traffic resumes, it will be given at least 100Kbyte/s allocation of the bandwidth. Additionally, a maximal rate could be applied to a class of traffic to prevent that class from consuming too much of a link. For example, a video stream could be limited to using 400Kbyte/s of an 800Kbyte/s link to prevent it from interfering with any other traffic or to prevent it from saturating a radio interface.

(MDS Orbit MCR/ECR Technical Manual MDS 05-6632A01, Rev. F, page 292). Outbound metering is used to enforce rate limits including by holding packets when the interface is busy.

Quality of service (QoS) allows the MCR radio to classify network traffic giving preference to different types of traffic before it is transmitted out of the MCR. Each interface has a packet queue that will hold packets that are going to be transmitted out of the interface while the interface is busy. If the interface is saturated with traffic, the interface will report busy and the packet queue will hold the packet. Normally the packet the queue sends the packets to the interface in the order it receives them, but QoS allows a different behavior. Depending on the policy applied to the interface, the packets that are in the queues backlog can be sent to the interface in a different order that it was received based on fairness or the priority of the packet.

(MDS Orbit MCR/ECR Technical Manual MDS 05-6632A01, Rev. F, page 292).

36.     The Accused Instrumentality comprise a data communication component of the processing device configured to communicate the data based at least in part on at least one of: the

16

priority of the data, the effective link speed, and the link proportion, wherein at least the data prioritization component is configured to operate at a transport layer of a protocol stack. For example, the Accused Instrumentality can be configured to communicate the data at least in part on the priority of the data which can be configured by application or type of traffic:

Prioritization implements a strict priority scheduler that requires classifiers be set up to give traffic different priorities. The prioritization policy will always send highest priority traffic first. Excessive high priority traffic can prevent any lower priority traffic from being sent.

(MDS Orbit MCR/ECR Technical Manual MDS 05-6632A01, Rev. F, page 292). As another example, the Accused Instrumentality can be configured to communicate the data at least in part on the effective link speed: the traffic shaping feature of the Accused Instrumentality sets bounds on the rates for every class of traffic. As a result, the effective link speed must stay within the bounds of the sum of the ranges for all classes of traffic:

Traffic shaping is used to set minimal and maximal rates for a class of traffic. For example, with business critical traffic like SCADA, traffic shaping can be setup to guarantee that this class of traffic will always have at least 100Kbyte/s of an 800Kbyte/s link, regardless of the amount of other traffic. The remaing unclassified traffic can use the entire 800Kbyte/s link as long as there is no SCADA traffic, but as soon as SCADA traffic resumes, it will be given at least 100Kbyte/s allocation of the bandwidth. Additionally, a maximal rate could be applied to a class of traffic to prevent that class from consuming too much of a link. For example, a video stream could be limited to using 400Kbyte/s of an 800Kbyte/s link to prevent it from interfering with any other traffic or to prevent it from saturating a radio interface.

(MDS Orbit MCR/ECR Technical Manual MDS 05-6632A01, Rev. F, page 292). As yet another example, the Accused Instrumentality can be configured to communicate the data at least in part on the link proportion: the Fairness policy allows the Accused Instrumentality to enable an even link proportion across all traffic groups:

The fairness policy attempts to split up the traffic into different groups based on the packets IP addresses and IP protocols. It services these groups in a round robin fashion to ensure one traffic flow does not prevent others from using the link. The fairness policy determines traffic flows on its own and does not need the user to set up classifiers for it.

17

(MDS Orbit MCR/ECR Technical Manual MDS 05-6632A01, Rev. F, page 292).   The QoS

module classifies and prioritizes data based on IP protocols such as TCP and UDP, which are the

fundamental protocols of the Transport Layer (Layer 4):

**Transport layer**

The fairness policy attempts to split up the traffic into different groups based on the packets IP addresses and IP protocols. It services these groups in a round robin fashion to ensure one traffic flow does not prevent others from using the link. The fairness policy determines traffic flows on its own and does not need the user to set up classifiers for it.

(MDS Orbit MCR/ECR Technical Manual MDS 05-6632A01, Rev. F, page 292).

37.    **<u>Indirect Infringement</u>**. Upon information and belief, Defendant has been and now

is indirectly infringing by way of inducing infringement and contributing to the infringement of

claim 15 of the '860 Patent in the State of Texas, in this District, and elsewhere in the United

States, by providing the Accused Instrumentality for use as described above by Defendant's

customers. Defendant advertised, offered for sale, and/or sold the Accused Instrumentality to its

customers for use in a manner that Defendant knew infringed claim 15 of the '860 Patent. For

example, Defendant provided marketing material that the Accused Instrumentality when used

infringes claim 15 of the '860 Patent.  (*Supra* ¶¶29-35 (identifying marketing materials)).

38.    On information and belief, since Defendant became aware of the '860 patent and

the infringement at least as of the date of the service of the original Complaint, Defendant is and

has been committing the act of inducing infringement by specifically intending to induce

infringement by providing the Accused Instrumentality to its customers and by aiding and abetting

its use as demonstrated by the marketing materials in a manner known to infringe by Defendant.

Since becoming aware of the infringing use of the Accused Instrumentality, Defendant knew that

the use of the Accused Instrumentality by its customers as instructed constituted direct patent

infringement. Despite this knowledge, Defendant continued to encourage and induce its customers

to use the Accused Instrumentality to infringe as described above and provided instructions for using the Accused Instrumentality to infringe, including through instructional materials, support, and user's guides. Exemplary materials are cited above. (*Supra* ¶¶29-35 (identifying marketing materials)). Defendant therefore knowingly induced infringement and specifically intended to encourage and induce the infringement of the '860 Patent by its customers.

39.    On information and belief, since Defendant became aware of the infringement at least as of the date of the service of the original Complaint, Defendant is and has been committing the act of contributory infringement by intending to provide the identified Accused Instrumentality to its customers knowing that it is a material part of the invention, knowing that its use was made and adapted for infringement of claim 15 of the '860 Patent, and further knowing that the accused use of the Accused Instrumentality is not a staple article or commodity of commerce suitable for substantially non-infringing use. As described above, Defendant was aware that all material claim limitations are satisfied by the use and implementation of the Accused Instrumentality by Defendant's customers in the manner described above yet continued to provide the Accused Instrumentality to its customers knowing that it is a material part of the invention. (*Supra* ¶¶29-35 (identifying marketing materials)). As described above, since learning of the infringement, Defendant knew that the use and implementation of the Accused Instrumentality by its customers was made and adapted for infringement of claim 15 of the '860 Patent. (*Id.*). A new act of direct infringement occurred each time a customer implemented and/or used the Accused Instrumentality in the manner described above. After Defendant became aware that the use of the Accused Instrumentality infringes at least claim 15 of the '860 Patent, Defendant knew that each such new use was made and adapted for infringement of claim 15 of the '860 Patent and Defendant continued to advertise and provide the Accused Instrumentality for such infringing activities. (*Supra* ¶¶29-

19

35 (identifying marketing materials)).  Furthermore, as described more fully above, the Accused Instrumentality has functionality designed to infringe in the manner described above and is therefore not a staple article or commodity of commerce suitable for substantially non-infringing use.  (*Id.*).

40.    Plaintiff is in compliance with any applicable marking and/or notice provisions of 35 U.S.C. § 287 with respect to the '028 Patent.

41.    Plaintiff has been damaged as a result of Defendant's infringing conduct. Defendant is thus liable to Plaintiff for damages in an amount that adequately compensates Plaintiff for such Defendant's infringement of the '860 Patent, *i.e.*, in an amount that by law cannot be less than would constitute a reasonable royalty for the use of the patented technology, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

42.    Unless a preliminary and permanent injunction is issued enjoining Defendant and all others acting in active concert therewith from infringing the '860 Patent, Plaintiff will be greatly and irreparably harmed.

### VI.  COUNT II
### (PATENT INFRINGEMENT OF UNITED STATES PATENT NO. 7,769,028)

43.    Upon information and belief, Defendant has directly infringed claim 13 of the '028 Patent in Texas, in this District, and elsewhere in the United States, by making, using, selling, and/or offering for sale the GE MDS ORBIT MCR (Multiservice Connect Router) ECR (Edge Connect Router), and OCR (Outdoor Connect Router) (each an "Accused Instrumentality").

44.    **Direct Infringement**. As explained below, each Accused Instrumentality comprises a system for communicating data that infringes claim 13 of the '028 Patent.  The Accused Instrumentality comprises a data prioritization component adapted to assign a priority to data, wherein the prioritization occurs at least one of in a transport layer of a network

communications protocol stack of a data communication system, and at a top of the transport layer of the network communications protocol stack of the data communication system.

(https://www.gevernova.com/grid-solutions/sites/default/files/resources/products/brochures/mds/mds_orbit_mcr-ecr_gea12740c_lr.pdf).

21



([https://tessco-product-images-commerce-cloud-prod.s3.amazonaws.com/Resources/607030_mdsorbit_brochure.pdf](https://tessco-product-images-commerce-cloud-prod.s3.amazonaws.com/Resources/607030_mdsorbit_brochure.pdf)).  The systems include a data prioritization component adapted to assign a priority to data:

Data prioritization component

## Advanced Quality of Service

Advanced Quality of Service (QoS) allows the simultaneous handling of various applications while ensuring the preservation of each application's priority and performance requirements. Layer 2, 3 and 4 classification enables the detailed identification of application types for maximum flexibility in addition to standard 802.1p and DSCP based classifications.

data prioritization component adapted to assign a priority to data

## A Multiservice Router for Electric Utilities Field Area Networks

The MDS Orbit MCR and ECR routers offer a number of key features and benefits when applied as a multiservice router gateway for distribution automation field area networks. The substation hardened design complies with IEC 61850-3, IEEE 1613 standards and NFPA 70 Class 1 Div 2 thus permitting a reliable deployment in harsh substation environments.

4G LTE North America and APAC/EMEA cellular models support a GPS/Glonass functionality to feed location information into fleet management and GIS applications. Advanced QoS allows multiple traffic streams to co-exist efficiently on the same uplink such that each application's priority and performance criteria are preserved while ensuring critical applications

are handled first. Support for concurrent private radios and cellular uplinks dramatically improves network availability and offer a viable replacement for legacy Telco 4-wire circuits.

Flexible Layer 2 and Layer 3 GRE combined with routing and IPSec VPNs enable the transport of various applications, including IEC 61850 GOOSE protocol seamlessly over private and/or cellular networks. Enterprise-class security including APNs, IPSec VPNs, RADIUS authentication, stateful firewalling and MAC filtering enable grid operators to securely transport critical data over cellular carriers and protect network assets. MDS Orbit's security framework allows integration into applications demanding NERC® CIP compliance.

([https://tessco-product-images-commerce-cloud-prod.s3.amazonaws.com/Resources/607030_mdsorbit_brochure.pdf](https://tessco-product-images-commerce-cloud-prod.s3.amazonaws.com/Resources/607030_mdsorbit_brochure.pdf)).  The QoS engine classifies traffic based on TCP/UDP, which are the core transport-layer protocols. The manual shows classification rules based on IP protocol numbers, ports, and application types—each of which sits at or above Layer 4:

(MDS Orbit MCR/ECR Technical Manual MDS 05-6632A01, Rev. F, page 292).

45.    The Accused Instrumentality comprises a network analysis component adapted to determine a status of a network.  In order to accommodate availability failover and performance based failover, based on latency and packet loss, the Accused Instrumentality must have a network analysis component adapted to determine the network status.

(https://tessco-product-images-commerce-cloud-prod.s3.amazonaws.com/Resources/607030_mdsorbit_brochure.pdf).

46.    The Accused Instrumentality comprises a mode selection component adapted to select at least one mode based at least in part on the status of the network.  Using this example

from the MDS Orbit MCR/ECR Technical Manual, the implementation of the mode selection component is based in part on the network status:

By design, Orbit QoS will affect data priorities if and only if the interface is saturated.

For example, QoS configured as:

- GOOSE traffic treated as the highest priority.
- VLAN 101 traffic treated as the next lowest priority.
- All remaining traffic treated as the lowest priority.

In this case, QoS is invoked only when traffic is queued due to exceeding maximum throughput. GOOSE traffic would be given highest priority and be sent over the air first, followed by any VLAN 101 traffic and then all remaining traffic.

## Configuring

In the web UI, the QoS service is configured under *QoS Services ---> Basic Config*.

(MDS Orbit MCR/ECR Technical Manual MDS 05-6632A01, Rev. F, page 292). There are several logical network status and mode pairs that arise from these prioritization rules:

- Network status: GOOSE traffic is maxing out the bandwidth of the link (congested)

  o Network mode: Only allow GOOSE traffic to be communicated

- Network status: GOOSE traffic is demanding half of the maximum bandwidth of the link, and VLAN 101 traffic is demanding half as well, and all remaining traffic is demanding 10 MB/s in bandwidth

  o Network mode: Allow only GOOSE and VLAN 101 traffic to be communicated

(https://www.overclockersclub.com/reviews/radix_axe6600_6e/5.htm#&gid=1&pid=105658).

47. The Accused Instrumentality comprises a data communications component adapted to communicate the data based at least in part on the priority of the data and the status of the network:

> By design, Orbit QoS will affect data priorities if and only if the interface is saturated.
>
> For example, QoS configured as:
>
> - GOOSE traffic treated as the highest priority.
> - VLAN 101 traffic treated as the next lowest priority.
> - All remaining traffic treated as the lowest priority.
>
> In this case, QoS is invoked only when traffic is queued due to exceeding maximum throughput. GOOSE traffic would be given highest priority and be sent over the air first, followed by any VLAN 101 traffic and then all remaining traffic.

data communications component adapted to communicate the data based at least in part on the priority of the data and the status of the network

**Configuring**

In the web UI, the QoS service is configured under *QoS Services ---> Basic Config*.

(MDS Orbit MCR/ECR Technical Manual MDS 05-6632A01, Rev. F, page 292). The data prioritization component is adapted to assign priority to the data based on prioritization rules, wherein the prioritization rules are selected based upon the selected at least one mode. The above example, demonstrate how these rules/policies pair with the network status and modes. There are several logical network status and mode pairs that arise from these prioritization rules, and the corresponding rule that is being enforced:

- Network status: GOOSE traffic is maxing out the bandwidth of the link (congested)

    o Network mode: Only allow GOOSE traffic to be communicated

    o Selected prioritization rule: GOOSE traffic is highest priority

- Network status: GOOSE traffic is demanding half of the maximum bandwidth of the link, and VLAN 101 traffic is demanding half as well, and all remaining traffic is demanding 10 MB/s in bandwidth

    o Network mode: Allow only GOOSE and VLAN 101 traffic to be communicated

    o Selected prioritization rule: GOOSE traffic is highest priority, and VLAN 101 traffic is second-highest priority

48.    The Accused Instrumentality communicates the data at a rate metered based at least in part on the status of the network:

25

Quality of service (QoS) allows the MCR radio to classify network traffic giving preference to different types of traffic before it is transmitted out of the MCR. Each interface has a packet queue that will hold packets that are going to be transmitted out of the interface while the interface is busy. If the interface is saturated with traffic, the interface will report busy and the packet queue will hold the packet. Normally the packet the queue sends the packets to the interface in the order it receives them, but QoS allows a different behavior. Depending on the policy applied to the interface, the packets that are in the queues backlog can be sent to the interface in a different order that it was received based on fairness or the priority of the packet.

Transmission rate metering based on the status of the network

(MDS Orbit MCR/ECR Technical Manual MDS 05-6632A01, Rev. F, page 292).

49.     Plaintiff is in compliance with any applicable marking and/or notice provisions of 35 U.S.C. § 287 with respect to the '028 Patent.

50.     Plaintiff has been damaged as a result of Defendant's infringing conduct. Defendant is thus liable to Plaintiff for damages in an amount that adequately compensates Plaintiff for such Defendant's infringement of the '028 Patent, i.e., in an amount that by law cannot be less than would constitute a reasonable royalty for the use of the patented technology, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

## V.  JURY DEMAND

Plaintiff, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.

## VI.  PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court find in its favor and against Defendant, and that the Court grant Plaintiff the following relief:

a.     Judgment that claim 15 of United States Patent No. 7,990,860 has been infringed and is being infringed, either literally and/or under the doctrine of equivalents, directly and/or indirectly, by Defendant;

b.     Judgment that claim 13 of United States Patent No. 7,769,028 was infringed, either literally and/or under the doctrine of equivalents by Defendant;

c.     Judgment that Defendant account for and pay to Plaintiff all damages to and costs incurred by Plaintiff because of Defendant's infringing activities and other conduct complained of herein, and an accounting of all infringements and damages not presented at trial;

d.      That Defendants be preliminarily and permanently enjoined from any further activity or conduct that infringes claim 15 of United States Patent No. 7,990,860;

e.      That Plaintiff be granted pre-judgment and post-judgment interest on the damages caused by Defendant's infringing activities and other conduct complained of herein; and

f.      That Plaintiff be granted such other and further relief as the Court may deem just and proper under the circumstances.

June 10, 2026                                Respectfully Submitted,

                                            */s/ Neal Massand*

                                            Neal Massand (Texas Bar No. 24039038)

Of Counsel:                          nmassand@nilawfirm.com

David R. Bennett (IL Bar No.: 6244214)    Stevenson Moore (Texas Bar No. 24076573)

(*pro hac vice* to be filed)              smoore@nilawfirm.com

DIRECTION IP LAW                  NI, WANG & MASSAND, PLLC

P.O. Box 14184                      8140 Walnut Hill Ln., Ste. 615

Chicago, Illinois 60614-0184           Dallas, TX 75231

Telephone: (312) 291-1667            Tel: (972) 331-4600

dbennett@directionip.com              Fax: (972) 314-0900

                                              *Attorneys for Vision Sphere Labs LLC*

27