United States District Court
Southern District of Texas
**ENTERED**
June 28, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| VISION SPHERE LABS LLC,<br><br>Plaintiff,<br><br>v.<br><br>GE VERNOVA, INC.,<br><br>Defendant. | C.A. No. 4:26-cv-4578<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR RESPOND TO COMPLAINT**

This Court, having considered Defendant's Unopposed Motion for Extension of Time for Defendant to Answer or Respond to Plaintiff's Complaint (the "Motion"), hereby GRANTS the Motion and ORDERS the following:

Defendant's deadline to answer or otherwise respond to the Complaint is extended to August 21, 2026.

SIGNED this 28th day of June, 2026.

George C. Hanks Jr.
UNITED STATES DISTRICT JUDGE